# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VAu 1-186-507**

**Effective date of registration:**

September 30, 2014

---

## Title

**Title of Work:** Aerial and Aviation Photography from September 20 2014 by David Oppenheimer

**Previous or Alternative Title:** Individual Unpublished Works

**Contents Titles:** _DSC1086.jpg;
_DSC1082.jpg;
_DSC1052.jpg;
Great_Smoky_Mountains_DSC1031.jpg;
Great_Smoky_Mountains_DSC1023.jpg;
_DSC1022.jpg;
_DSC1021.jpg;
Great_Smoky_Mountains_DSC1012.jpg;
_DSC1011.jpg;
LeConte_Lodge_Great_Smokey_Mountains_DSC1008.jpg;
_DSC1007.jpg;
LeConte_Lodge_Great_Smoky_Mountains_DSC1005.jpg;
_DSC0954.jpg;
Great_Smoky_Mountains_DSC0893.jpg;
Great_Smoky_Mountains_DSC0883.jpg;
Great_Smoky_Mountains_DSC0876.jpg;
Great_Smoky_Mountains_DSC0864.jpg;
Great_Smoky_Mountains_DSC0859.jpg;
Great_Smoky_Mountains_National_Park_DSC0849.jpg;
Great_Smoky_Mountains_DSC0831.jpg;
_DSC0827.jpg;
_DSC0822.jpg;
Great_Smoky_Mountains_DSC0821.jpg;
_DSC0818.jpg;
Waynesville_NC_DSC0807.jpg;

_DSC0806.jpg;
_DSC0804.jpg;
_DSC0803.jpg;
Haywood_County_NC_DSC0799.jpg;
Cockpit_American_Grumman_Cheetah_DSC0792.jpg;
Hendersonville_Airport_DSC0790.jpg;
_DSC1783.jpg;
Hendersonville_NC_1781.jpg;
_DSC1746.jpg;
_DSC1738.jpg;
_DSC1736.jpg;
Blue_Ridge_Mountains_DSC1717.jpg;
_DSC1715.jpg;
_DSC1697.jpg;
Sylva_NC_DSC1693.jpg;
Sylva_NC_DSC1690.jpg;
Bryson_City_NC_DSC1680.jpg;
_DSC1679.jpg;
Bryson_City_NC_DSC1677.jpg;
_DSC1670.jpg;
_DSC1660.jpg;
Fontana_Lake_NC_DSC1659.jpg;
_DSC1651.jpg;
Fontana_Lake_NC_DSC1649.jpg;
_DSC1648.jpg;
_DSC1647.jpg;
Fontana_Lake_DSC1642.jpg;
_DSC1641.jpg;
_DSC1640.jpg;
_DSC1638.jpg;
_DSC1619.jpg;
_DSC1616.jpg;
_DSC1614.jpg;
_DSC1613.jpg;
Fontana_Lake_DSC1612.jpg;
_DSC1607.jpg;
_DSC1573.jpg;
Fontana_Lake_NC_DSC1568.jpg;
_DSC1566.jpg;
_DSC1565.jpg;
Fontana_Lake_NC_DSC1564.jpg;

EXHIBIT 2

_DSC1563.jpg;
Fontana_Lake_NC_DSC1550.jpg;
_DSC1540.jpg;
_DSC1513.jpg;
_DSC1499.jpg;
_DSC1498.jpg;
_DSC1477.jpg;
_DSC1473.jpg;
_DSC1444.jpg;
_DSC1430.jpg;
_DSC1423.jpg;
_DSC1419.jpg;
_DSC1418.jpg;
_DSC1417.jpg;
_DSC1403.jpg;
_DSC1402.jpg;
_DSC1397.jpg;
_DSC1388.jpg;
_DSC1370.jpg;
Clingmans_Dome_DSC1359.jpg;
_DSC1357.jpg;
_DSC1356.jpg;
_DSC1353.jpg;
_DSC1352.jpg;
_DSC1351.jpg;
_DSC1336.jpg;
_DSC1330.jpg;
_DSC1281.jpg;
_DSC1279.jpg;
_DSC1276.jpg;
Clingmans_Dome_DSC1254.jpg;
_DSC1253.jpg;
_DSC1248.jpg;
_DSC1247.jpg;
_DSC1246.jpg;
_DSC1245.jpg;
_DSC1244.jpg;
_DSC1243.jpg;
_DSC1242.jpg;
_DSC1241.jpg;
_DSC1235.jpg;

_DSC1230.jpg;
Clingmans_Dome_DSC1226.jpg;
_DSC1221.jpg;
_DSC1219.jpg;
_DSC1207.jpg;
_DSC1204.jpg;
_DSC1202.jpg;
_DSC1201.jpg;
_DSC1200.jpg;
_DSC1198.jpg;
_DSC1191.jpg;
_DSC1190.jpg;
_DSC1182.jpg;
_DSC1181.jpg;
_DSC1173.jpg;
_DSC1167.jpg;
_DSC1164.jpg;
Great_Smoky_Mountains_Nat_Park_1162.jpg;
_DSC1147.jpg;
_DSC1136.jpg;
_DSC1135.jpg;
_DSC1128.jpg;
Great_Smoky_Mountains_DSC1127.jpg;
Great_Smoky_Mountains_DSC1122.jpg;
_DSC1107.jpg;
_DSC1103.jpg;

## Completion/Publication

Year of Completion: 2014

## Author

- Author: David Gordon Oppenheimer
- Author Created: photograph(s)
- Work made for hire: No
- Citizen of: United States
- Domiciled in: United States
- Year Born: 1970

## Copyright claimant

Copyright Claimant: David Gordon Oppenheimer
P.O. Box 8105, Asheville, NC, 28814, United States

## Rights and Permissions

Organization Name: Performance Impressions LLC
Name: David Gordon Oppenheimer
Email: dave@performanceimpressions.com
Telephone: 828-273-9339
Address: P.O. Box 8105
Asheville, NC 28814  United States

## Certification

Name: David Gordon Oppenheimer
Date: September 30, 2014

Registration #: VAU001186507
Service Request #: 1-1787452122



Performance Impressions LLC
David Gordon Oppenheimer
P.O. Box 8105
Asheville, NC 28814  United States

**EXHIBIT 2**