

© 2014 David Oppe

**EXHIBIT 3**



Great Smoky Mountain National Park near Parkview Inn and Suites in Gatlinburg Tennessee

## ABOUT PARKVIEW INN AND SUITES?

Every room at the Parkview Inn and Suites in Gatlinburg Tennessee has a TV with full cbale channels
as well as a coffe make

**EXHIBIT 3**

PARK VIEW

d lobby at the Parkview Inn offers a 24 hour front desk welcoming guests to Downtown nburg and a full modern serving area for complimentary breakfast.

BOOK NOW (HTTPS://RESERVATION.ASIWEBRES.COM/1/RO #)



Great Smoky Mountain National Park near Parkview Inn and Suites in Gatlinburg Tennessee

**EXHIBIT 3**



Great Smoky Mountain Nation... ...Dis...cove...r P...ar...kview Inn and Suites Gallery...

# Discover Parkview Inn and Suites Gallery

© 2014 David Oppe...

## EXHIBIT 3

ALL     ROOMS     ...     ...MOUNTAINS     SWIMMING POOL



Great Smoky Mountain National Park near Parkview Inn and Suites in Gatlinburg Tennessee

© 2014 David Oppe

# EXHIBIT 3






Great Smoky Mountain National Park near Parkview Inn and Suites in Gatlinburg Tennessee

Gatlinburg, Tennessee 37738

✉ info@theparkviewinn.com

☎ (865) 436-5043

**EXHIBIT 3**



Great Smoky Mountain National Park near Parkview Inn and Suites in Gatlinburg Tennessee

EXHIBIT 3



BEST CUSTOMER CARE

The rooms of Clarion Pointe in Gatlinburg, Tennessee are comfortable, spacious, and beautifully furnished. In all the rooms of this hotel, microwaves, fridges, and LED TVs with cable channels and free WiFi.

**GUEST SERVICES DIRECTORY**

The Guest Services Directory is a list of basic services and local information to help make your visit as enjoyable as possible.

CLICK HERE FOR GUEST SERVICES DIRECTORY

**OUR ROOMS**



**NON SMOKING KING** ROOM

This room features a microwave, refrigerator, and a flat-screen cable TV. Wood floors, ironing facilities, and a patio with views are included.

READ MORE



**NON SMOKING QUEEN** ROOM

This room features a microwave, refrigerator and a flat-screen cable TV. Wood floors, ironing facilities, and a patio with views are included.

READ MORE



**NON SMOKING KING WITH JACUZZI** ROOM

This room features a microwave, refrigeration, and a flat-screen cable TV. Wood floors and ironing facilities.

READ MORE



**NON SMOKING KING WITH FIREPLACE** ROOM

This room features a microwave, refrigerator, and a flat-screen cable TV. Wood floors, ironing facilities, and a patio with views are included.

READ MORE

### Discover Clarion Pointe Gallery

ALL   ROOMS   RIVER   SMOKY MOUNTAINS   SWIMMING POOL



**EXHIBIT 3**

chrome-extension://nlipoenfbbikpbjkfpfillcgkoblgpmj/edit-read...                 1/2



**What People Say!**

APPRECIATION FROM GUESTS

 "Cheap clean good location free parking"

*Actual review by Marty*

GET IN TOUCH NOW



200 East Parkway,
Gatlinburg, Tennessee 37738

frontdesk@clarionpointegatlinburg.com

(865) 436-5043

| Full Name |
|-----------|
| Email |
| Details |

SUBMIT

All Rights Reserved Clarion Pointe 2020

Case 3:22-cv-00303-JRG-JEM　Document 1-4　Filed 09/02/22　Page 9 of 24　PageID #: 26

**EXHIBIT 3**



© 2014 David Oppe

chrome-extension://nlipoenfbbikpbjkfpfillcgkoblgpmj/edit-read

# EXHIBIT 3



## BEST CUSTOMER CARE

*The rooms of Clarion Pointe in Gatlinburg, Tennessee are comfortable, spacious, and beautifully furnished. In all the rooms of this hotel, microwaves, fridges, and LED TVs with cable channels and free WiFi.*

### GUEST SERVICES DIRECTORY

The Guest Services Directory is a list of basic services and local information to help make your visit as enjoyable as possible.

CLICK HERE FOR GUEST SERVICES DIRECTORY

### OUR ROOMS







**NON SMOKING KING** ROOM

This room features a microwave, refrigerator, and a flat-screen cable TV. Wood floors, ironing facilities, and a patio with views are included.

READ MORE

**NON SMOKING QUEEN** ROOM

This room features a microwave, refrigerator, and a flat-screen cable TV. Wood floors, ironing facilities, and a patio with views are included.

READ MORE

**NON SMOKING KING WITH JACUZZI** ROOM

This room features a microwave, refrigerator, and a flat-screen cable TV. Wood floors and ironing facilities.

READ MORE



**NON SMOKING KING WITH FIREPLACE** ROOM

This room features a microwave, refrigerator, and a flat-screen cable TV. Wood floors, ironing facilities, and a patio with views are included.

READ MORE

**EXHIBIT 3**

chrome-extension://nlipoenfbbikpbjkfpfillcgkoblgpmj/edit-read...                                                          1/2



## What People Say!
**APPRECIATION FROM GUESTS**



"Cheap clean good location free parking"

*Actual review by Marty*

GET IN TOUCH NOW

📍 200 East Parkway,
   Gatlinburg, Tennessee 37738

✉ frontdesk@clarionpointegatlinburg.com

📞 (865) 436-5043

Full Name

Email

Details

SUBMIT

All Rights Reserved Clarion Pointe 2020



Great Smoky Mountain National Park near Parkview Inn and Suites in Gatlinburg Tennessee

## ABOUT PARKVIEW INN AND SUITES?

Every corner of the Parkview Inn and Suites in Gatlinburg refreshment takes it for wetzful's shade showcase an additional coffee maker.

A newly remodeled lobby at the Parkway Inn offers a 24 hour front desk welcoming guests or the Parkview in Gatlinburg has a full comfort serving area for complimentary breakfast.

Enjoy a August tour of the Smokies, local events and play their countries you visit it enjoy a walk from the Parkview.

## OUR ROOMS

 

### NON SMOKING KING ROOM

This room features a microwave, refrigerator, and a flat-screen cable tv, stone floors, heating function and a patio with relaxing only bed.

READ MORE

### NON SMOKING QUEEN ROOM

This room features a microwave, refrigerator, and a flat-screen cable tv, stone floors, heating function and a patio with relaxing only bed.

READ MORE

Discover Parkview Inn and Suites Gallery

Case 3:22-cv-00303-JRG-JEM   Document 1-4   Filed 09/02/22   Page 13 of 24   PageID #: 30

**EXHIBIT 3**



**What People Say!**

APPRECIATION FROM GUESTS

GET IN TOUCH NOW

# EXHIBIT 3



Great Smoky Mountain National Park near Parkview Inn and Suites in Pigeon Forge Tennessee

Case 3:22-cv-00303-JRG-JEM   Document 1-4   Filed 09/02/22   Page 15 of 24   PageID #: 32

**EXHIBIT 3**



PARK VIEW
INN & SUITES

BOOK NOW
(HTTPS://RESERVATION.ASIWEBRES.COM
ID=GPRK4A7FD900485C0F1DCDF017707?)



Great Smoky Mountain National Park near Parkview Inn and Suites in Pigeon Forge Tennessee

© 2014 David Oppe

EXHIBIT 3



© 2014 David Oppe

Great Smoky Mountain National Backbone Clark Clingmans Dome tower Tennessee Scene




Great Smoky Mountain National Park near Parkview Inn and Suites in Gatlinburg Tennessee

© 2014 David Opp

EXHIBIT 3




Great Smoky Mountain National Park near Parkview Inn and Suites, Gatlinburg Tennessee

EXHIBIT 3







© 2014 David Opp
All rights reserved Parkview Inn & Suites 2016

Great Smoky Mountain National Park near Parkview Inn and Suites in Gatlinburg Tennessee

**EXHIBIT 3**



# BEST CUSTOMER CARE

The rooms of Parkview Inn and Suites in Gatlinburg, Tennessee are comfortable, spacious, and beautifully furnished. In all the rooms of this hotel, microwaves, fridges, and LED TVs with cable channels and free WiFi.

## ABOUT PARKVIEW INN AND SUITES?

Every room at the Parkview Inn and Suites in Gatlinburg, Tennessee has a TV with full cbale channels as well as a coffe make

A newly remodeled lobby at the Parkview Inn offers a 24 hour front desk welcoming guests to the Parkview in Gatlinburg and a full modern serving area for complimentary breakfast.

Ripley;s Aacquarium of the Smokies, Annakesta and mountain coasters are just 8 minute walk from the Parkview.

## OUR ROOMS



### NON SMOKING KING
ROOM

This room features a microwave, refrigerator, and a flat-screen cable TV. Wood floors, ironing facilities, and a patio with views are included.

READ MORE

### NON SMOKING QUEEN
ROOM

This room features a microwave, refrigerator, and a flat-screen cable TV. Wood floors, ironing facilities, and a patio with views are included.

READ MORE

## Discover Parkview Inn and Suites Gallery

ALL    ROOMS    RIVER    SMOKY MOUNTAINS    SWIMMING POOL



**EXHIBIT 3**



## What People Say!

**APPRECIATION FROM GUESTS**



The view of downtown Gatlinburg was amazing!! And the staff was very friendly!

*Actual review by Stacy*

### GET IN TOUCH NOW

**PARK VIEW**

200 East Parkway,
Gatlinburg, Tennessee 37738

info@theparkviewinn.com

(865) 436-5043

Full Name

Email

Details

SUBMIT

All Rights Reserved Parkview Inn & Suites 2019



# BEST CUSTOMER CARE

*The rooms of Parkview Inn and Suites in Gatlinburg, Tennessee are comfortable, spacious, and beautifully furnished. In all the rooms of this hotel, microwaves, fridges, and LED TVs with cable channels and free WiFi.*

## ABOUT PARKVIEW INN AND SUITES?

Every room at the Parkview Inn and Suites in Gatlinburg, Tennessee has a TV with full cbale channels as well as a coffe make

A newly remodeled lobby at the Parkview Inn offers a 24 hour front desk welcoming guests to the Parkview in Gatlinburg and a full modern serving area for complimentary breakfast.

Ripley;s Acquarium of the Smokies, Annakesta and mountain coasters are just 8 minute walk from the Parkview.

## OUR ROOMS



### NON SMOKING KING
ROOM

This room features a microwave, refrigerator, and a flat-screen cable TV. Wood floors, ironing facilities, and a patio with views are included.

READ MORE

### NON SMOKING QUEEN
ROOM

This room features a microwave, refrigerator, and a flat-screen cable TV. Wood floors, ironing facilities, and a patio with views are included.

READ MORE

## Discover Parkview Inn and Suites Gallery

ALL   ROOMS   RIVER   SMOKY MOUNTAINS   SWIMMING POOL



**EXHIBIT 3**



**What People Say!**

APPRECIATION FROM GUESTS



The view of downtown Gatlinburg was amazing!! And the staff was very friendly!

*Actual review by Stacy*

**GET IN TOUCH NOW**

PARK VIEW

📍 300 East Parkway,
     Gatlinburg, Tennessee 37738

✉ info@theparkviewinn.com

📞 (865) 436-5043

| Full Name |
| Email |
| Details |

SUBMIT

All Rights Reserved Parkview Inn & Suites 2019

**EXHIBIT 3**