# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| David Gordon Oppenheimer | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:22-cv-00303 |
| 321 Properties, LLC d/b/a Parkview Inn, d/b/a Clarion Pointe, Neel Patel and Satish Patel | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

David Gordon Oppenheimer

Date: 09/06/2022

/s Dana A. LeJune
*Attorney's signature*

Dana A. LeJune, TXBN 12188250
*Printed name and bar number*
1225 North Loop West, Ste. 825
Houston, Texas 77008

*Address*

dlejune@triallawyers.net
*E-mail address*

(713) 942-9898
*Telephone number*

(713) 942-9899
*FAX number*