UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

**DAVID GORDON OPPENHEIMER,**

    **Plaintiff,**

v.                                         Case No.:    3:22-CV-00303
                                                      JURY DEMANDED

**321 PROPERTIES, LLC, d/b/a**
**PARKVIEW INN, d/b/a CLARION**
**POINTE, NEEL PATEL, and**
**SATISH PATEL**

    **Defendants.**

## NOTICE OF APPEARANCE OF COUNSEL

Notice is hereby given, and the clerk is hereby requested, to enter an appearance of the undersigned as counsel for the above-named Defendants, 321 Properties LLC (incorrectly sued as 321 Properties, LLC d/b/a Parkview Inn d/b/a Clarion Pointe), Neel Patel, and Satish Patel.

                                                      Respectfully submitted:

                                                      /s/ Andrew N. Firkins
                                                      Andrew N. Firkins (BPR# 033982)
                                                      *Attorneys for Defendants*
                                                      *321 Properties, LLC, Neel Patel,*
                                                      *and Satish Patel*
                                                      Spicer Rudstrom, PLLC
                                                      800 South Gay Street, Suite 1400
                                                      Knoxville, TN 37929
                                                      Phone: (865) 244-4663
                                                      Facsimile: (865) 673-8972
                                                      Email: afirkins@spicerfirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that on November 3, 2022, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

      /s/Andrew N. Firkins
      Andrew N. Firkins

**I:\89812\**