UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

**DAVID GORDON OPPENHEIMER,**

    **Plaintiff,**

**v.**                                            Case No.:  3:22-CV-00303
                                                    JURY DEMANDED

**321 PROPERTIES, LLC, d/b/a
PARKVIEW INN, d/b/a CLARION
POINTE, NEEL PATEL, and
SATISH PATEL**

    **Defendants.**

---

### DEFENDANT 321 PROPERTIES LLC'S
### CERTIFICATE OF CORPORATE INTEREST

---

I, the undersigned counsel of record, for the Defendant 321 Properties LLC (incorrectly sued as 321 Properties, LLC d/b/a Parkview Inn d/b/a Clarion Pointe) to the best of my knowledge and belief state as follows:

My client, 321 Properties LLC, is a Tennessee limited liability company. Its members are Satish Patel and Neel Patel who are residents of Tennessee.

Respectfully submitted this 3rd day of November, 2022.

                                       /s/ Andrew N. Firkins
                                       Andrew N. Firkins (BPR# 033982)
                                       *Attorneys for Defendants*
                                       *321 Properties, LLC, Neel Patel,*
                                       *and Satish Patel*
                                       Spicer Rudstrom, PLLC
                                       800 South Gay Street, Suite 1400
                                       Knoxville, TN  37929
                                       Phone: (865) 244-4663
                                       Facsimile: (865) 673-8972
                                       Email: afirkins@spicerfirm.com

## CERTIFICATE OF SERVICE

   I hereby certify that on November 3, 2022, a copy of the foregoing pleading was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system.

               /s/Andrew N. Firkins
               Andrew N. Firkins

**I:\89812\**

2