# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

**DAVID GORDON OPPENHEIMER,**

    **Plaintiff,**

**v.**                                                               **Case No.:**    **3:22-CV-00303**
                                                                       **JURY DEMANDED**

**321 PROPERTIES, LLC, d/b/a
PARKVIEW INN, d/b/a CLARION
POINTE, NEEL PATEL, and
SATISH PATEL**

    **Defendants.**

---

## NOTICE OF SERVICE OF DEFENDANTS' RULE 26 INITIAL DISCLOSURES

---

    COME NOW the Defendants 321 Properties, LLC, incorrectly sued as 321 Properties, LLC d/b/a Parkview Inn, d/b/a Clarion Point, Neel Patel and Satish Patel, by and through their undersigned counsel, and hereby gives notice to the Court that Defendants' Rule 26 Initial Disclosures were served via U.S. Mail and electronic mail to all counsel of records on February 3, 2023.

                                                                   Respectfully submitted by:

                                                                     s/Andrew N. Firkins
                                                                ANDREW N. FIRKINS (BPR #033982)
                                                               *Attorneys for Defendants*
                                                                *321 Properties, LLC, Neel Patel,*
                                                               *and Satish Patel*
                                                               Spicer Rudstrom, PLLC
                                                               800 South Gay Street, Suite 1400
                                                               Knoxville, TN 37929
                                                               Phone: (865) 244-4663
                                                               Facsimile: (865) 673-8972
                                                              Email: afirkins@spicerfirm.com

## CERTIFICATE OF SERVICE

   I hereby certify that on February 3, 2023, a copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

              /s/Andrew N. Firkins
              Andrew N. Firkins

I:\89812\